IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01919-MSK-MEH

MARY FRANCES SETON,

    Plaintiff,

v.

ROCKY MOUNTAIN CONFERENCE OF SEVENTH-DAY ADVENTISTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2010.**

    In light of the settlement in this matter (docket #26), Plaintiff's Motion to Compel Discovery Responses [filed February 2, 2010; docket #17] is **denied as moot**.